UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x



ELSEVIER INC., BLACKWELL
PUBLISHING, LTD., WILEY
PERIODICALS, INC., WILEY-LISS,
INC., INFORMA UK LTD., INFORMA
USA, INC., AND AMERICAN
CHEMICAL SOCIETY,

                Plaintiffs,

    -against-

W.H.P.R., INC., RICHARD B.
HAYAT, RANDI HAYAT, EDUCO
PERIODICALS CO., INC., BARBARA
PESSINA, RUSSELL PESSINA,
PATRICIA ANSPACH, THOMAS ANSPACH,
KLAVDIYA A. LOKSHINA AND JOHN
DOE NOS. 1-50,

                Defendants.

- - - - - - - - - - - - - - - - - - -x

09 Civ.

COMPLAINT

    Plaintiffs Elsevier Inc. ("Elsevier"), Blackwell

Publishing, Ltd., Wiley Periodicals, Inc., Wiley-Liss, Inc.,

Informa UK Ltd., Informa USA, Inc. (collectively "Informa"), and

American Chemical Society ("ACS"), for their complaint against

defendants, aver:

### Nature of the Action

    1.    This case involves subscription fraud.

Plaintiffs publish many of the world's leading scientific,

technical, and medical journals.  Plaintiffs sell their journals

largely through subscriptions to two types of end users: (i)
institutions which pay full rates, and (ii) individuals, who pay
discounted rates.  Plaintiffs are bringing this action because
defendants have fraudulently purchased from plaintiffs
individual subscriptions to dozens of plaintiffs' journals and
resold them to institutions at higher rates breaching not only
express contracts with plaintiffs, but also the anti-fraud code
of conduct for their trade association.  In doing so, defendants
pocketed substantial profits at the expense of plaintiffs.
Plaintiffs therefore seek to recover their damages resulting
from defendants' violation of the Racketeer Influenced and
Corrupt Organizations Act ("RICO"), common law fraud, breach of
contract and conversion.

### Jurisdiction and Venue

2.    This Court has subject matter jurisdiction over
the first and second claims in this action pursuant to 28 U.S.C.
§ 1331 because they arise under 18 U.S.C. § 1964(c) and (d),
respectively.  This Court has supplemental jurisdiction over the
remaining claims in this action pursuant to 28 U.S.C. § 1367
because each is so related to the claims within the original
jurisdiction of this Court that they form part of the same case
or controversy within the meaning of Article III of the United
States Constitution.

3.     This Court has personal jurisdiction over the defendants because they reside, or transact business, in this State.

4.     Venue is proper in this Court under 18 U.S.C. § 1965, and 28 U.S.C. § 1391(b).

### Parties

5.     Plaintiff Elsevier is a New York corporation having its principal place of business at 360 Park Avenue South, New York, New York.  It publishes scholarly books and journals in many fields of natural and social science.

6.     Plaintiff Blackwell Publishing, Ltd., Wiley Periodicals, Inc. and Wiley-Liss, Inc. (collectively "Wiley") are subsidiaries of John Wiley & Sons, Inc.  Plaintiff Blackwell Publishing, Ltd. is a United Kingdom corporation having its principal place of business at 350 Main Street, Malden, Massachusetts.  Plaintiffs Wiley Periodicals, Inc. and Wiley-Liss, Inc., are Delaware corporations having their principal place of business at 111 River Street, Hoboken, New Jersey. Wiley, together with other subsidiaries of John Wiley & Sons, Inc., publishes hundreds of scholarly journals in a variety of fields, including medicine, chemistry, physics, business, and certain social sciences.

7.     Plaintiff Informa UK Ltd., a subsidiary of Informal PLC, is an English public limited liability company

having a place of business at Albert House 1-4 Singer Street, London, EC2A 4BQ, United Kingdom.  Plaintiff Informa USA, Inc., a subsidiary of Informa PLC, is a Massachusetts corporation having a place of business at One Research Drive, Westboro, Massachusetts 01581.  Informa, together with its affiliated companies throughout the world, publishes approximately twelve hundred scholarly journals worldwide in many fields.  Informa does business under the trade name Taylor & Francis.

8.    Plaintiff ACS is a federally chartered nonprofit organization having its principal place of business at 1155 Sixteenth Street, NW, Washington D.C.  ACS is the principal organization in the United States for educators and professionals in the field of chemistry.  ACS publishes more than thirty journals.

9.    Defendant W.H.P.R., Inc. ("W.H.P.R.") is a corporation organized and existing under the laws of the State of New York with a place of business at 99 Sherwood Avenue, Farmingdale, New York.  W.H.P.R. is, among other things, a subscription agent.  As a subscription agent, it secures journal subscriptions from publishers on behalf of its clients.

10.    Defendant Richard B. Hayat ("Hayat") is a natural person, a citizen of the State of New York, a resident of 40 Woodland Drive, Oyster Bay, New York, and the owner of W.H.P.R.

11.    Defendant Randi Hayat is a natural person, a citizen of the State of New York, a resident of 40 Woodland Drive, Oyster Bay, New York, and the spouse of Hayat.

12.    Defendant Educo Periodicals Company, Inc. ("Educo") is a corporation organized under the laws of the State of New York with its principal place of business at 632 Peekskill Hollow Road, Putnam Valley, New York.

13.    Defendant Barbara Pessina is a natural person, a citizen of the State of New York, a resident of 632 Peekskill Hollow Road, Putnam Valley, New York, and a principal of Educo.

14.    Defendant Russell Pessina is a natural person, a citizen of the State of New York, a resident of 632 Peekskill Hollow Road, Putnam Valley, New York, and the spouse of Barbara Pessina.

15.    Defendant Patricia Anspach is a natural person, a citizen of the State of Indiana and a resident of 2367 East 100 North, Winamac, Indiana.

16.    Defendant Thomas Anspach is a natural person, a citizen of the State of Indiana, a resident of 2367 East 100 North, Winamac, Indiana, and the spouse of Patricia Anspach.

17.    Defendant Klavdiya A. Lokshina ("Lokshina") is a natural person, a citizen of the State of Indiana, and a resident of 87 Beecher Place, Newton Center, Massachusetts.

18.  Defendants John Does Nos. 1-50 are associates of defendants.

### The Business of Plaintiffs

19.  Plaintiffs' journals consist primarily of peer-reviewed articles, written by one or more scholars, often based upon original research.

20.  Plaintiffs invest heavily in publishing their journals.  Plaintiffs incur substantial costs for copyediting, proofreading, typesetting, printing, binding, distributing and marketing, and maintaining their editorial offices.

21.  Plaintiffs sell their journals almost entirely through annual subscriptions, on a calendar year basis.  The price of those subscriptions varies depending upon the type of subscriber.  Plaintiffs charge institutions full rates. Plaintiffs rely upon the income from these institutional subscriptions to make their journals economically feasible.  The standard institutional subscription price reflects the fact that numerous people, over the course of time, will read the journals.  Plaintiffs also offer subscriptions to individuals, at discounted rates, often as an accommodation to members of the scholarly societies that sponsor or own the journals that plaintiffs exclusively publish.

22.  Plaintiffs are the sole source for their journals.  Plaintiffs maintain a record of each institutional

and individual customer. This enables plaintiffs to provide customer support, pay royalties, and enhance their products for certain markets. Furthermore, plaintiffs offer subscribers discounted rates for items such as electronic access. Thus, even if plaintiffs were paid the full amount for subscriptions, the loss of customer information would irreparably harm plaintiffs.

23. Plaintiffs forbid any resale, or institutional use, of individual subscriptions. For example, Elsevier's invoices and purchase order forms generally state: "Customer/Client represents and warrants that it is purchasing Products and Services from Elsevier for its own account and use (or if the Client is an agent, for the account and use of no more than one principal) and not on behalf of any other person or entity except as may be expressly set forth otherwise in the Terms and Conditions." Blackwell Publishing Ltd. generally states in its pricing information that "Personal subscription rates are available for most of our journals. These rates are applicable to orders for bona fide personal use only, and remittance should be by personal cheque or credit card." The order form of Wiley Periodicals Inc. and Wiley-Liss, Inc. for print journal subscriptions states "Individual rate subscriptions may not be resold or used as library copies." Informa's electronic license agreement states that its explicit

written permission is required to use its material for "commercial use," which includes sale or resale. Upon joining ACS, a member must represent "I agree to restrict for my own personal use all publications to which I subscribe at member rates."

24. In addition to direct sales to individuals and institutions, each plaintiff sells subscriptions through subscription agents, such as W.H.P.R. Subscription agents, act as intermediaries between institutions, which are their customers, and the journal publishers, such as plaintiffs. Subscription agents can perform valuable services by removing from their customers the burden of extensive paperwork, while making payment and billing easier for publishers. Subscription agents understand the difference between individual and institutional subscriptions. Plaintiffs rely on the persons placing the subscription orders to identify truthfully the type of subscription they need, based on their status, as an individual or institution.

25. Plaintiffs provide agents with terms and conditions for orders on behalf of the library customers. These terms and conditions require that the agent identify the end user of each journal. For example, the standard contract between ACS and its agents provides "ACS will not fulfill orders submitted by the Subscription Agent, unless the foregoing

information is provided . . . b. For institutions:  i. Full name of end user institution, ii. Address of institution, iii. Contact name at institution."

26. Defendant W.H.P.R. belongs to a trade association for subscription agents called the Association of Subscription Agents and Intermediaries ("ASA"). Recognizing the importance of providing accurate records to the publishers, that organization promulgated guidelines to "reduce the instances of the fraudulent supply of serials – especially the supply of subscriptions ordered from publishers at the personal rate and supplied to libraries at the institutional rate."  These guidelines state, inter alia:

"Subscription Procedures

4.    The Supplier must enter all subscriptions in the name of the Client to the Publishers (including scientific societies).

5.    The Supplier must submit to the Client proof that subscriptions were implemented in the Clients name with the Publishers. This can be in the form of a copy pro-forma invoice or subscription code number. Any misuse of the client organization's name must be avoided.

6.    Consolidation services should supply the Client's details to the publisher where required to enable access to the electronic component of any subscription.

Institutional Subscription & Personal Subscription

7. The Supplier will confirm to the Client that the subscription was ordered at the Publishers' 'Institutional Subscription Rate' and not at the

'Personal Subscription Rate'.

8. It is strictly forbidden to take out personal subscriptions on behalf of the Client organization at the Personal Subscription Rate. All subscriptions must be entered at the Institutional Subscription Rate."

27.    Plaintiffs risk serious financial injury if they receive payment for institutional subscriptions at individual rates.  A substantial decline in their income from journals could cause plaintiffs to stop publishing one or more journals, or to reduce the amount of information they publish in those journals.  This would have an adverse impact on scholarship and, ultimately, scientific progress.

28.    Plaintiffs take orders for subscriptions by mail, telephone, facsimile and the Internet.

### The Unlawful Acts of Defendants

29.    Defendants have engaged in a fraud, as well as a conspiracy to defraud, that involves purchasing individual subscriptions from plaintiffs at discounted rates and reselling those subscriptions to institutions at higher rates, reaping a substantial profit.

30.    The leader of the fraud is Hayat.  Pursuant to his scheme, Hayat has conspired with defendants Randi Hayat, Barbara Pessina, Russell Pessina, Patricia Anspach, Thomas Anspach, Lokshina and John Does Nos. 1-50 (the "Subscribing Defendants").  The Subscribing Defendants, as well as Hayat,

have subscribed to certain journals of the plaintiffs at individual rates, using the mail and interstate wires, and resold them to institutions at substantially higher rates. To conceal the fraudulent nature of their scheme, they have placed orders for individual subscriptions using false names and/or addresses. The Subscribing Defendants regularly stated their address as 99 Sherwood Avenue, Farmingdale, New York, the business address of W.H.P.R.

31. W.H.P.R. and Hayat are well aware of the unlawful nature of their conduct. In or before the Fall of 2005, John Wiley & Sons, Inc. asserted a claim against W.H.P.R. and Hayat for the same type of subscription fraud that is the subject of this action. W.H.P.R. and Hayat settled that claim, but have breached the settlement agreement.

32. Upon information and belief, Hayat has conspired to carry out, and cover up, the fraudulent scheme with Educo and Barbara Pessina.

33. As a result of defendants' fraud, plaintiffs have sustained damages, the precise amount to be determined by the trier of fact in this action.

A FIRST CLAIM FOR RELIEF
(RICO - 18 U.S.C. § 1963(c) Against
Hayat and the Subscribing Defendants)

34. Plaintiffs repeat paragraphs 1 to 33 with the same force and effect as if set forth in full.

11

35.    W.H.P.R. is an "enterprise."  In addition, the association in fact between and among Hayat and the Subscribing Defendants, for the purpose of securing journal subscriptions at individual rates and reselling them to institutions at higher rates, is an "enterprise."

36.    Hayat and, upon information and belief, the Subscribing Defendants have conducted or participated in the conduct of the affairs of the enterprise, W.H.P.R. and/or the association in fact between Hayat and the Subscribing Defendants through a pattern of racketeering activity that consists of two or more predicate acts.

37.    These predicate acts include acts of mail fraud, in violation of 18 U.S.C. § 1341, or wire fraud, in violation of 18 U.S.C. § 1343, in furtherance of their scheme of securing the following subscriptions, many using false names and addresses, to plaintiffs' journals at individual rates and reselling those subscriptions to institutions at higher rates.  These predicate acts extended from as early as 2001 to 2008, and, given the annual nature of subscription renewals, threaten to continue into the future.

38.    Hayat secured the following individual subscriptions to at least the following journals in his name intending to resell them to institutions at higher rates, and specifically intending to defraud the publisher.

| Publisher | Year | Journal |
|---|---|---|
| Wiley | 1998 | Cancer |
| Wiley | 1998 | Cancer (including Cancer Cytopathology) |
| Wiley | 1998 | Cancer Cytopathology |
| Wiley | 1999 | The Journal of Comparative Neurology |
| Wiley | 1999 | Pediatric Blood & Cancer |
| Wiley | 1999 | American Journal of Hematology (single issue) |
| Wiley | 1999 | Cancer (including Cancer Cytopathology) |
| Wiley | 2000 | Pediatric Blood & Cancer |
| Wiley | 2000 | American Journal of Hematology |
| Wiley | 2000 | Neurourology and Urodynamics |
| Wiley | 2001 | Pediatric Blood & Cancer |
| Wiley | 2001 | American Journal of Hematology |
| ACS | 2001 | Biochemistry |
| ACS | 2001 | Journal of Physical Chemistry |
| ACS | 2001 | The Journal of the American Chemical Society |
| Elsevier | 2002 | Advances in Mathematics |
| Elsevier | 2002 | Biomedical Pharmacology |
| Elsevier | 2002 | Cell |
| Elsevier | 2002 | Current Biology |
| ACS | 2002 | Journal of Physical Chemistry |
| ACS | 2002 | The Journal of the American Chemical Society |
| Elsevier | 2002 | Neuron |
| Elsevier | 2002 | Journal of Mathematical Analysis and Applications |
| Wiley | 2002 | The Journal of Comparative Neurology |
| Wiley | 2002 | American Journal of Hematology |
| Wiley | 2003 | Journal of Surgical Oncology |
| Wiley | 2003 | Journal of Robotic Systems |
| Wiley | 2003 | Biotechnology & Bioengineering |
| Elsevier | 2003 | Advances in Mathematics |
| Elsevier | 2003 | Biomedical Pharmacology |
| Elsevier | 2003 | Cell |
| Elsevier | 2003 | Journal of Mathematical Analysis and Applications |
| Elsevier | 2003 | Neuron |
| Elsevier | 2004 | Advances in Mathematics |
| Elsevier | 2004 | Biomedical Pharmacology |
| Elsevier | 2004 | Cell |
| Elsevier | 2004 | Journal of Mathematical Analysis and Applications |

| | | |
|---|---|---|
| Elsevier | 2004 | Neuron |
| Wiley | 2004 | Biotechnology & Bioengineering |
| Wiley | 2004 | International Journal of Quantum Chemistry |
| Wiley | 2004 | Journal of Medical Virology |
| Wiley | 2005 | Biotechnology & Bioengineering |
| Wiley | 2005 | The Journal of Comparative Neurology |
| Elsevier | 2005 | Cell |
| Elsevier | 2005 | Neuron |
| Elsevier | 2005 | Biomedical Pharmacology |
| Elsevier | 2005 | Gynecologic Oncology |
| Elsevier | 2006 | Gynecologic Oncology |

39.  Randi Hayat secured the following individual subscriptions to at least the following journals in her name intending to resell them to institutions at higher rates, and specifically intending to defraud the publisher.

| Publisher | Year | Journal |
|---|---|---|
| Wiley | 1998 | Cancer |
| Wiley | 1999 | Pediatric Blood & Cancer |
| Wiley | 1999 | Cancer |
| Wiley | 1999 | Cancer (including Cancer Cytopathology) |
| Wiley | 2000 | Cancer (including Cancer Cytopathology) |
| Wiley | 2001 | Catheterization and Cardiovascular Interventions |
| Wiley | 2001 | Cancer (including Cancer Cytopathology) |
| ACS | 2001 | Journal of Physical Chemistry |
| ACS | 2001 | Journal of the American Chemical Society |
| Elsevier | 2002 | Cancer Cell |
| Elsevier | 2002 | Immunity |
| Elsevier | 2002 | Journal of Clinical Epidemiology |
| ACS | 2002 | Journal of Physical Chemistry |
| ACS | 2002 | Journal of the American Chemical Society |
| Elsevier | 2002 | Neuron |
| Wiley | 2002 | Catheterization and Cardiovascular Interventions |
| Wiley | 2002 | Cancer (including Cancer Cytopathology) |
| Wiley | 2003 | Catheterization and Cardiovascular Interventions |
| Wiley | 2003 | Cancer (including Cancer Cytopathology) |

| Wiley | 2003 | Genes, Chromosomes and Cancer |
| Elsevier | 2003 | Cell |
| Wiley | 2004 | Genes, Chromosomes and Cancer |
| Elsevier | 2005 | Cell |
| Elsevier | 2005 | Immunity |

40. Pessina secured the following individual subscriptions to at least the following journals in her name intending to resell them to institutions at higher rates, and specifically intending to defraud the publisher.

| Publisher | Year | Journal |
| --- | --- | --- |
| Elsevier | 2003 | Journal of Biomechanics |
| Elsevier | 2004 | Journal of Biomechanics |
| Elsevier | 2004 | Journal of Biomechanics |
| Informa | 2004 | Electric Power Components & Systems |
| Informa | 2005 | Archives of Animal Nutrition |

41. Russell Pessina secured the following individual subscriptions to at least the following journals in his name intending to resell them to institutions at higher rates, and specifically intending to defraud the publisher.

| Publisher | Year | Journal |
| --- | --- | --- |
| Informa | 2005 | Urban Studies |
| Informa | 2005 | International Journal of Geographic Information Science |
| Informa | 2005 | International Journal of Human Resource Management |
| Informa | 2005 | Journal of Environmental Planning and Management |
| Informa | 2005 | Regional Studies |
| Informa | 2005 | Urban Studies |
| ACS | 2005 | Inorganic Chemistry |
| ACS | 2005 | Journal of Organic Chemistry |
| ACS | 2005 | Organometalics |
| ACS | 2005 | Organic Letters |
| ACS | 2005 | JACS |
| ACS | 2005 | Inorganic Chemistry |

| | | |
|---|---|---|
| ACS | 2005 | Journal of Organic Chemistry |
| ACS | 2005 | Organometalics |
| ACS | 2005 | Organic Letters |
| Informa | 2005 | International Journal of Geographic Information Science |
| Informa | 2005 | International Journal of Human Resource Management |
| Informa | 2005 | Journal of Environmental Planning and Management |
| Informa | 2005 | Regional Studies |
| ACS | 2006 | Accounts Chemical Research |
| ACS | 2006 | Analytical Chemistry |
| ACS | 2006 | Chemical Reviews |
| ACS | 2006 | Chemistry of Materials |
| ACS | 2006 | Accounts Chemical Research |
| ACS | 2006 | Analytical Chemistry |
| ACS | 2006 | Chemical Reviews |
| ACS | 2006 | Chemistry of Materials |
| ACS | 2007 | Accounts Chemical Research |
| ACS | 2007 | Analytical Chemistry |
| ACS | 2007 | Chemical Reviews |
| ACS | 2007 | Energy & Fuels |
| ACS | 2007 | Accounts Chemical Research |
| ACS | 2007 | Analytical Chemistry |
| ACS | 2007 | Chemical Reviews |
| ACS | 2007 | Energy & Fuels |
| ACS | 2008 | OPR&D |
| ACS | 2008 | Analytical Chemistry |
| ACS | 2008 | ES&T |
| ACS | 2008 | Energy & Fuels |
| ACS | 2008 | OPR&D |
| ACS | 2008 | Analytical Chemistry |
| ACS | 2008 | ES&T |
| ACS | 2008 | Energy & Fuels |

42.    Patricia Anspach secured the following individual subscriptions to at least the following journals in her name intending to resell them to institutions at higher rates, and specifically intending to defraud the publisher.

Publisher Year Journal

Informa   2005 Communications in Algebra

| | | |
|---|---|---|
| Informa | 2005 | Communications in Statistics: Theory and Methods |
| Informa | 2006 | Journal of International Food & Agribusiness Marketing |
| Informa | 2006 | Journal of Sustainable Agriculture |
| Informa | 2006 | Reference Librarian |
| Informa | 2006 | Journal of Sustainable Agriculture |
| Informa | 2006 | Reference Librarian |
| Informa | 2007 | American Journal of Distance Education |
| Informa | 2007 | Developmental Neuropsychology |
| Informa | 2007 | Teaching and Learning in Medicine |
| Informa | 2007 | American Journal of Distance Education |
| Informa | 2007 | Developmental Neuropsychology |
| Informa | 2007 | Teaching and Learning in Medicine |
| Informa | 2007 | Creativity Research Journal |
| Informa | 2007 | Journal of Access Services |
| Informa | 2008 | Developmental Neuropsychology |
| Informa | 2008 | Reference Librarian |
| Elsevier | 2008 | Cell |
| Elsevier | 2008 | Molecular Cell |
| Elsevier | 2009 | Molecular Cell |

43. Thomas Anspach secured the following individual subscriptions to at least the following journals in his name intending to resell them to institutions at higher rates, and specifically intending to defraud the publisher.

| Publisher | Year | Journal |
|---|---|---|
| ACS | 2005 | Crystal Growth and Design |
| ACS | 2005 | Biochemistry |
| ACS | 2005 | The Journal of the American Chemical Society |
| ACS | 2005 | Journal of Medicinal Chemistry |
| ACS | 2005 | Crystal Growth and Design |
| ACS | 2005 | Biochemistry |
| ACS | 2005 | The Journal of the American Chemical Society |
| ACS | 2005 | Journal of Medicinal Chemistry |

44. Lokshina secured the following individual subscriptions to at least the following journals in her name

intending to resell them to institutions at higher rates, and specifically intending to defraud the publisher.

| Publisher | Year | Journal |
|---|---|---|
| Elsevier | 2002 | American Journal of Surgery |
| Elsevier | 2002 | Urology |
| Elsevier | 2002 | American Journal of Ophthalmology |
| Elsevier | 2004 | Orbis |
| Elsevier | 2004 | Telecommunications Policy |
| Elsevier | 2004 | Febs Letters |
| Elsevier | 2005 | Orbis |
| Elsevier | 2005 | European Management Journal |
| Elsevier | 2005 | Telecommunications Policy |
| Elsevier | 2005 | Trends in Biotechnology |
| Elsevier | 2005 | Febs Letters |
| Informa | 2005 | European Journal of the History of the Economic Thought |
| Informa | 2005 | International Trade Journal |
| Wiley | 2005 | Bell Labs Technical Journal |
| Wiley | 2005 | Journal of International Development |
| Informa | 2005 | Comparative Education |
| Informa | 2006 | International Journal of Control |
| Informa | 2006 | Journal of Economic Methodology |
| Elsevier | 2006 | European Management Journal |
| Elsevier | 2006 | Telecommunications Policy |
| Elsevier | 2006 | Trends in Biotechnology |
| Wiley | 2006 | Bell Labs Technical Journal |
| Informa | 2006 | Catalysis Reviews |
| Informa | 2006 | Comparative Education |
| Informa | 2006 | International Review of Sociology |
| Informa | 2006 | Higher Education in Europe |
| Informa | 2006 | Journal of Education Policy |
| Informa | 2006 | Journal of Higher Education Policy and Management |
| Informa | 2007 | Cryptologia |
| Informa | 2007 | Strategic Survey |
| Elsevier | 2007 | Telecommunications Policy |
| Wiley | 2007 | Economica |
| Wiley | 2007 | International Affairs |
| Wiley | 2007 | The Journal of Finance |
| Wiley | 2007 | Bell Labs Technical Journal |
| Informa | 2007 | Europe-Asia Studies |
| Informa | 2007 | Journal of Strategic Studies |
| Informa | 2007 | Public Library Quarterly |
| Informa | 2007 | Resource Sharing & Information Networks |

| Informa | 2007 RUSI Journal & Whitehall Papers |
| Informa | 2007 The Journal of Slavic Military Studies |
| Informa | 2008 Cryptologia |
| Elsevier | 2008 Brain and Language |
| Wiley | 2008 Economica |
| Wiley | 2008 International Affairs |
| Wiley | 2008 The Journal of Finance |
| Wiley | 2008 The World Economy |
| Wiley | 2008 Bell Labs Technical Journal |
| Informa | 2008 Bulletin of Spanish Studies |
| Informa | 2008 Cultural Studies |
| Informa | 2008 Japan Forum |
| Informa | 2008 Europe-Asia Studies |
| Informa | 2008 The Washington Quarterly |

45. Upon information and belief, Hayat and/or the Subscribing Defendants secured the individual subscriptions identified on Schedule A in the (real or fictitious) name of a third-party intending to resell the subscriptions to institutions at higher prices.

46. Defendants secured each of the subscriptions described above with the intent to defraud a plaintiff into providing an institutional subscription at an individual rate.

47. The activities of each enterprise affect interstate or foreign commerce.

48. By reason of the violation of 18 U.S.C. § 1962(c), and specifically the predicate acts of mail fraud and wire fraud described above, plaintiffs have suffered a loss of subscription revenue that constitutes injury to their business or property.

49.    Plaintiffs are entitled to recover three times the amount of the damage to their business or property.

## A SECOND CLAIM FOR RELIEF
### (RICO Conspiracy - 18 U.S.C. § 1962(d) Against All Defendants)

50.    Plaintiffs repeat the paragraphs numbered 1 to 49 with the same force and effect as if set forth in full.

51.    Hayat and the Subscribing Defendants, between themselves and among each other, have agreed to conduct or participate in the conduct of the affairs of W.H.P.R. and the association in fact among Hayat and the Subscribing Defendants through a pattern of racketeering activity.  Upon information and belief, Hayat and the Subscribing Defendants each agreed to commit two or more predicate acts in furtherance of their scheme.

52.    This pattern of racketeering activity consists of the predicate acts of mail fraud and wire fraud, described above, and the acts of wire fraud, described below, as part of the cover-up.

53.    After a representative of plaintiffs, Mr. Andrew Pitts, questioned Hayat regarding the source of certain current journal subscriptions provided to a university, Hayat identified Educo as the source of the journals.

54.   To further the cover-up of the scheme, Barbara Pessina on behalf of Educo wrote to Mr. Pitts by e-mail on July 3, 2008, stating:

> "Richard Hayat at WHPR, Inc. has asked me to write to you to confirm that we have agreed to try to supply the following journals to him in 2008 against his reference SW UNIV:
>
> Inorganic Chemistry
> Journal of Organic Chemistry
> Journal of ACS
> Langmuir
> Nano letters
>
> Richard explained that you were concerned about where the material originated.  We receive most of our material second hand from libraries, chemical and pharmaceutical companies and consignments, or we find it on line with the various backserv lists, etc.  All of our material is gently used and comes from multiple sources.  In other words, we may receive issues from a dozen or more different places in order to complete a journal year.  When we can't find missing issues we first send out a Want List to the other backset companies or purchase the issues direct from ACS at the institutional rate." (Emphasis added.)

55.   The statement of Pessina that Educo received its 2008 journals "second hand" from institutions was false, and intended to mislead plaintiffs.

56.   By reason of the foregoing conspiracy in violation of 18 U.S.C. § 1962(d), plaintiffs have suffered a loss of subscription revenue that constitutes damage to their business or property.

57.   Plaintiffs are entitled to recover three times the damage to their business or property.

A THIRD CLAIM FOR RELIEF
(Common Law Fraud Against Defendants)

58.  Plaintiffs repeat the paragraphs numbered 1 to 57 with the same force and effect as if set forth in full.

59.  Hayat and the Subscribing Defendants each purchased individual subscriptions from plaintiffs by representing that he or she intended to use those subscriptions for individual purposes, and/or by failing to disclose that he or she intended to resell those individual subscriptions to institutions, and/or by misrepresenting his or her name, address or other contact information.

60.  These representations were false and misleading because defendants, at all material times, intended to resell the subscriptions to institutions, at a substantial profit.

61.  Defendants made these misrepresentations and omissions intending to deceive plaintiffs.

62.  The misrepresentations and omissions of the defendants were material to the decisions of plaintiffs to sell subscriptions to Hayat and the Subscribing Defendants. Plaintiffs relied upon the misrepresentations of the defendants in selling the individual subscriptions.  Plaintiffs would not have sold individual subscriptions to Hayat and the Subscribing Defendants if plaintiffs had known that they intended to resell them to institutions.

63.    Plaintiffs are entitled to recover punitive damages in an amount to be determined by the trier of fact in this action, plus interest and costs.

### A FOURTH CLAIM FOR RELIEF
### (Conspiracy to Defraud Against Defendants)

64.    Plaintiffs repeat paragraphs 1 to 63 with the same force and effect as if set forth in full.

65.    Hayat and the Subscribing Defendants conspired among themselves, and each other, to defraud plaintiffs by purchasing individual subscriptions to plaintiffs' journals and reselling them to institutions.

66.    Hayat committed overt acts in furtherance of the conspiracy, including but not limited to selling to institutions the journals that he and the Subscribing Defendants purchased through individual subscriptions.

67.    W.H.P.R. is vicariously liable for the acts of Hayat.

68.    Barbara Pessina committed an overt act in furtherance of the conspiracy by making false statements to a representative of plaintiffs on July 3, 2008 to attempt to cover up the fraud.

69.    Educo is vicariously liable for the acts of Barbara Pessina.

70.    The Subscribing Defendants each committed an overt act in furtherance of the conspiracy by placing an order for an individual subscription to a journal and/or delivering, or causing to be delivered, to W.H.P.R. the journals resulting from those individual subscriptions.

71.    As a result of the conspiracy to defraud between and among the defendants, plaintiffs have sustained damages in an amount to be determined by the trier of fact in this action, plus interest and costs.

### A FIFTH CLAIM FOR RELIEF
#### (Breach of Contract Against Hayat and the Subscribing Defendants)

72.    Plaintiffs repeat paragraphs 1 to 71 with the same force and effect as if set forth in full.

73.    Hayat and the Subscribing Defendants, by purchasing individual subscriptions, entered into contracts with plaintiffs.  Those contracts prohibited Hayat and the Subscribing Defendants from reselling the journals obtained through an individual subscription to an institution at a higher rate.

74.    By reselling the journals obtained through an individual subscription, Hayat and the Subscribing Defendants breached their contracts with plaintiffs.

75. As a result of those breaches of contract, plaintiffs have suffered damages, the precise amount to be determined by the trier of fact in this action.

### A SIXTH CLAIM FOR RELIEF
(Breach of Contract Against W.H.P.R)

76. Plaintiffs repeat paragraphs 1 to 75 as if set forth in full.

77. As part of its contracts with each plaintiff, W.H.P.R., as a subscription agent, had an obligation to fully and accurately disclose to plaintiffs the end user of each journal to which it procured a subscription.

78. W.H.P.R. breached its contract with each plaintiff by failing to fully and accurately disclose the end user of each journal to which it had procured a subscription.

79. As a result of those breaches of contract, plaintiffs received inaccurate and incomplete information concerning their customers. As a result, plaintiffs will suffer an injury for which monetary damages cannot compensate.

80. Plaintiffs are therefore entitled to a mandatory injunction compelling W.H.P.R. to specifically perform its obligations to fully and accurately disclose to plaintiffs the end user of each journal to which it has procured a subscription.

A SEVENTH CLAIM FOR RELIEF
(Conversion Against All Defendants)

81. Plaintiffs repeat paragraphs 1 to 80 as if set forth in full.

82. By obtaining possession of plaintiffs' journals fraudulently and unlawfully, defendants have converted the property of the plaintiffs.

83. As a result of such conversion, plaintiffs have suffered damages as alleged above and defendants have been unjustly enriched.

84. The conduct of defendants was knowing and malicious. As a result, plaintiffs are entitled to punitive damages in an amount to be determined at trial.

WHEREFORE, plaintiffs respectfully request that this Court enter judgment:

A. Awarding plaintiffs compensatory damages in an amount to be determined at trial;

B. Awarding plaintiffs treble damages pursuant to 18 U.S.C. § 1964;

C. Awarding plaintiffs prejudgment interest;

D. Awarding plaintiffs punitive damages;

E. Awarding plaintiffs a mandatory injunction compelling defendant W.H.P.R. to fully and accurately disclose

the ultimate user of each journal to which it procured a subscription;

       F.   Awarding plaintiffs their reasonable attorneys' fees, costs of suit and interest; and

       G.   Awarding plaintiffs such other and further relief as the Court deems just and proper.

Dated:  New York, New York
       July 22, 2009

                    DUNNEGAN LLC

                    By  _William Dunnegan_

                    William Dunnegan (WD9316)
                    wd@dunnegan.com
                    Laura Scileppi (0112)
                    ls@dunnegan.com
                Attorneys for Plaintiffs
                350 Fifth Avenue
                New York, New York 10118
                (212) 332-8300

Schedule A

| Last Name | First Name | Plaintiff | Year | Journal |
|-----------|-----------|-----------|------|---------|
| Accetta | B | Elsevier | 2002 | Journal of Macroeconomics |
| Accetta | B | Informa | 2006 | Review: Literature & Arts of the Americas |
| Accetta | B | Informa | 2007 | Critical Review |
| Acerenza | E | ACS | 2001 | Accounts of Chemical Research |
| Acerenza | E | ACS | 2001 | Biochemistry |
| Acerenza | E | ACS | 2001 | Journal of Agri and Food Chemistry |
| Acerenza | E | ACS | 2001 | Journal of Natural Products |
| Acerenza | E | ACS | 2002 | Accounts of Chemical Research |
| Acerenza | E | Elsevier | 2002 | American Journal of Medicine |
| Acerenza | E | Elsevier | 2002 | American Journal of Ophthalmology |
| Acerenza | E | Elsevier | 2002 | American Journal of Surgery |
| Acerenza | E | ACS | 2002 | Biochemistry |
| Acerenza | E | ACS | 2002 | Journal of Agri and Food Chemistry |
| Acerenza | E | ACS | 2002 | Journal of Natural Products |
| Acerenza | E | Elsevier | 2002 | Journal of Orthopaedic Research |
| Acerenza | E | Elsevier | 2003 | American Journal of Surgery |
| Acerenza | E | Elsevier | 2006 | Cell |
| Acerenza | E | Elsevier | 2007 | Cell |
| Acerenza | E | Elsevier | 2008 | Cell |
| Acerenza | E | Elsevier | 2009 | Cell |
| Acimovic | I | Informa | 2006 | Structural Equation Modeling: A Multidisciplinary Journal |
| Alcina | J | Elsevier | 2006 | Cell |
| Alcina | J | Elsevier | 2007 | Cell |
| Alcina | J | Elsevier | 2008 | Cell |
| Alcina | J | Elsevier | 2009 | Cell |
| Aldina | B | ACS | 2002 | Journal of Agri and Food Chemistry |
| Alflen | C | Elsevier | 2002 | Journal of Macroeconomics |
| Alflen | C | Informa | 2006 | Multivariate Behavioral Research |
| Ancona | L | ACS | 2002 | Macromolecules |
| Anwan | O | Elsevier | 2002 | Journal of Macroeconomics |
| Aparicio | R | ACS | 2001 | ES&T |
| Aparicio | R | ACS | 2001 | Journal of Agri and Food Chemistry |
| Ara | P | Elsevier | 2002 | American Journal of Cardiology |
| Ara | P | Elsevier | 2002 | American Journal of Ophthalmology |
| August | M | ACS | 2001 | Biochemistry |
| Auner | C | Elsevier | 2002 | Journal of Macroeconomics |
| Ayoub | A | ACS | 2001 | Biochemistry |
| Ayoub | A | ACS | 2001 | Journal of Medicinal Chemistry |
| Ayoub | A | ACS | 2001 | Journal of Organic Chemistry |
| Ayoub | A | Elsevier | 2002 | American Journal of Cardiology |
| Ayoub | A | Elsevier | 2002 | American Journal of Medicine |
| Ayoub | A | Elsevier | 2002 | American Journal of Surgery |

| Ayoub | A | ACS | 2002 | Biochemistry |
| Ayoub | A | ACS | 2002 | Journal of Medicinal Chemistry |
| Ayoub | A | ACS | 2002 | Journal of Organic Chemistry |
| Azir | M | Elsevier | 2002 | American Journal of Cardiology |
| Azir | M | Elsevier | 2003 | American Heart Journal |
| Azir | M | Elsevier | 2004 | American Heart Journal |
| Bernadone | Paul S. | Wiley | 1999 | American Journal of Industrial Medicine |
| Bernadone | Paul S. | Wiley | 1999 | American Journal of Medical Genetics |
| Bernadone | Paul S. | Wiley | 1999 | Journal of Medical Virology |
| Bernadone | Paul S. | Wiley | 1999 | Teratology |
| Bernadone | Paul S. | Wiley | 2000 | American Journal of Industrial Medicine |
| Bernadone | Paul S. | Wiley | 2000 | Journal of Robotic Systems |
| Bernadone | Paul S. | Wiley | 2001 | Journal of Robotic Systems |
| Bernadone | Paul S. | Wiley | 2001 | Teratology |
| Bernadone | Paul S. | Wiley | 2002 | Journal of Robotic Systems |
| Bernadone | Paul S. | Wiley | 2002 | Teratology |
| Bernadone | Paul S. | Wiley | 2003 | Journal of Computational Chemistry |
| Bernadone | Paul S. | Wiley | 2003 | Journal of Robotic Systems |
| Bernadone | Paul S. | Wiley | 2004 | Muscle and Nerve |
| Bernadone | Paul S. | Wiley | 2005 | Journal of Computational Chemistry |
| Bernadone | Paul S. | Wiley | 2005 | Muscle and Nerve |
| Bernardone | Paul | Elsevier | 2002 | Biochemical and Biophysical Research Communications |
| Bernardone | Paul | Elsevier | 2002 | Cell |
| Bernardone | Paul | Elsevier | 2002 | Cellular Immunology |
| Bernardone | Paul | Elsevier | 2003 | Clinical Immunology |
| Bernardone | Paul | Elsevier | 2004 | Clinical Immunology |
| Bernardone | Paul | Elsevier | 2005 | Clinical Immunology |
| Carmen | Robert | Elsevier | 2007 | Journal of Pediatrics |
| Carmen | Robert | Elsevier | 2008 | Journal of Pediatrics |
| Carnagie | | Informa | 2007 | Journal of Latinos and Education |
| Castor | Michael | Informa | 2006 | Cognition and Instruction |
| Castor | Michael | Informa | 2006 | Journal of the Learning Sciences |
| Castor | Michael | Informa | 2007 | Journal of Educational and Psychological Consultation |
| Cordova | Evel | Elsevier | 2002 | Journal of Macroeconomics |
| Cordova | Evelyn | ACS | 2001 | ES&T |
| Cugliotta | Joeseph | Wiley | 2004 | Glia |
| Cugliotta | Joeseph | Wiley | 2005 | Microsurgery |
| Cugliotta | Joseph | Informa | 2004 | Drug Devel & Industr Pharmacy |
| Cugliotta | Joseph | Informa | 2004 | Drying Technology |
| Cugliotta | Joseph | Informa | 2004 | Substance Use & Misuse |
| Cugliotta | Joseph | Informa | 2008 | Drug Development and Industrial Pharmacy |
| Dean | A | ACS | 2001 | Journal of Natural Products |

| Delaine | M | Informa | 2006 | American Journal of Distance Education |
|---|---|---|---|---|
| Dempsey | A | ACS | 2001 | Analytical Chemistry |
| Dempsey | A | ACS | 2002 | Analytical Chemistry |
| Destephen | Anthony | Wiley | 2003 | Bioessays |
| Destephen | Anthony | Wiley | 2003 | Journal of Computational Chemistry |
| Destephen | Anthony | Wiley | 2003 | Journal of Medical Virology |
| Destephen | Anthony | Wiley | 2003 | Strategic Management Journal |
| Destephen | Anthony | Informa | 2004 | Assessment & Evaluation in Higher Education |
| Destephen | Anthony | Wiley | 2004 | Bioessays |
| Destephen | Anthony | Wiley | 2004 | Biometrical Journal |
| Destephen | Anthony | Wiley | 2004 | Birth Defects Research |
| Destephen | Anthony | Wiley | 2004 | Catheterization and Cardiovascular Interventions |
| Destephen | Anthony | Wiley | 2004 | Cell Motility & The Cytoskeleton |
| Destephen | Anthony | Wiley | 2004 | Chemical Engineering & Technology |
| Destephen | Anthony | Wiley | 2004 | Clinical Anatomy |
| Destephen | Anthony | Wiley | 2004 | Environmental and Molecular Mutagenesis |
| Destephen | Anthony | Wiley | 2004 | Human Brain Mapping |
| Destephen | Anthony | Wiley | 2004 | Microsurgery |
| Destephen | Anthony | Wiley | 2004 | Proteins: Structure, Function and Bioinformatics |
| Destephen | Anthony | Wiley | 2004 | Rapid Communications in Mass Spectrometry |
| Destephen | Anthony | Wiley | 2004 | Strategic Management Journal |
| Destephen | Anthony | Informa | 2004 | Xenobiotica |
| Destephen | Anthony | Informa | 2005 | Communications in Algebra |
| Destephen | Anthony | Informa | 2005 | International Journal of Remote Sensing |
| Destephen | Anthony | Informa | 2006 | International Journal Of Vegetable Science |
| Destephen | Anthony | Informa | 2007 | Drug Development and Industrial Pharmacy |
| Destephen | Anthony | Wiley | 2007 | Fems Microbiology Letters |
| Destephen | Anthony | Informa | 2007 | International Journal of Food Properties |
| Destephen | Anthony | Informa | 2007 | International Journal Of Vegetable Science |
| Destephen | Anthony | Informa | 2007 | Journal of Microencapsulation |
| Destephen | Anthony | Informa | 2007 | Journal of Wine Research |
| Destephen | Anthony | Informa | 2008 | Critical Reviews in Microbiology |
| Destephen | Anthony | Informa | 2008 | Drug Development and Industrial Pharmacy |
| Destephen | Anthony | Informa | 2008 | International Journal Of Vegetable Science (New Title) |
| Destephen | Anthony | Informa | 2008 | Journal Of Herbs, Spices & Medicinal Plants |

| Destephen | Anthony | Informa | 2008 | Journal of Microencapsulation |
|-----------|---------|---------|------|-------------------------------|
| Destephen | Anthony | Informa | 2008 | Journal of Wine Research |
| Destephen | Anthony | Wiley | 2008 | Pharmacology Package |
| Destephen | Anthony | Wiley | 2008 | Philosophy and Phenomenological Research |
| Destephen | Anthony | Informa | 2008 | The Journal of Agricultural Education and Extension |
| Destephen | Anthony | Wiley | 2008 | The Philosophical Quarterly |
| Destephen | Anthony | Informa | 2009 | Ethics and Education |
| Destephen | Anthony | Informa | 2009 | International Journal Of Vegetable Science |
| Destephen | Anthony | Informa | 2009 | Journal Of Herbs, Spices & Medicinal Plants |
| Destephen | Anthony | Informa | 2009 | Journal of Moral Education |
| Destephen | Anthony | Informa | 2009 | Journal of Peace Education |
| Destephen | Anthony | Informa | 2009 | Reflective Practice |
| Destephen | Anthony | Informa | 2009 | The Journal of Agricultural Education and Extension |
| Devorach | M | Elsevier | 2003 | American Journal of Ophthalmology |
| Divak | B | ACS | 2001 | Journal of Agri and Food Chemistry |
| Divak | B | ACS | 2002 | Journal of Agri and Food Chemistry |
| Dizel | L | ACS | 2001 | Journal of Agri and Food Chemistry |
| Dizel | L | ACS | 2002 | Journal of Agri and Food Chemistry |
| Dlott | S | Elsevier | 2002 | Journal of Macroeconomics |
| Dolecki | S | ACS | 2001 | Journal of the American Chemical Society |
| Dolecki | S | ACS | 2002 | Journal of the American Chemical Society |
| Doust | L | ACS | 2002 | Journal of Agri and Food Chemistry |
| Duchesi | C | Elsevier | 2002 | American Journal of Medicine |
| Duchesi | C | Elsevier | 2002 | American Journal of Surgery |
| Duchesi | C | Elsevier | 2003 | American Journal of Medicine |
| Duchesi | C | Elsevier | 2003 | American Journal of Surgery |
| During | S | ACS | 2001 | Analytical Chemistry |
| During | S | ACS | 2001 | Journal of Agri and Food Chemistry |
| During | S | ACS | 2002 | Analytical Chemistry |
| During | S | ACS | 2002 | Journal of Agri and Food Chemistry |
| Durso | E | ACS | 2001 | Journal of Agri and Food Chemistry |
| Durso | E | ACS | 2002 | Journal of Agri and Food Chemistry |
| Dutchen | M | ACS | 2001 | ES&T |
| Dutchen | M | ACS | 2002 | ES&T |
| Duval | B | Elsevier | 2002 | American Journal of Infection Control |
| Dyson | C | ACS | 2001 | ES&T |
| Dyson | C | ACS | 2001 | Journal of Agri and Food Chemistry |
| Dyson | C | ACS | 2002 | ES&T |
| Dyson | C | ACS | 2002 | Journal of Agri and Food Chemistry |
| Eakins | R | ACS | 2002 | Analytical Chemistry |
| Eakins | R | ACS | 2002 | Organometallics |

| Easterbrook | S | ACS | 2001 | Analytical Chemistry |
| Easterbrook | S | ACS | 2001 | Journal of Organic Chemistry |
| Easterbrook | S | ACS | 2002 | Analytical Chemistry |
| Easterbrook | S | ACS | 2002 | Journal of Organic Chemistry |
| Eastlund | L | ACS | 2002 | I&EC Research |
| Eastlund | L | ACS | 2002 | Inorganic Chemistry |
| Eastlund | L | ACS | 2002 | Journal of Medicinal Chemistry |
| Eastlund | L | ACS | 2002 | Journal of Organic Chemistry |
| Eastlund | L | ACS | 2002 | Journal of Physical Chemistry |
| Ebenezer | J | ACS | 2002 | Inorganic Chemistry |
| Ebenezer | J | ACS | 2002 | Journal of Organic Chemistry |
| Ebenezer | J | ACS | 2002 | Journal of Physical Chemistry |
| Ebenezer | J | ACS | 2002 | Journal of the American Chemical Society |
| Ebenezer | J | ACS | 2002 | Organometallics |
| Ebersole | A | ACS | 2002 | Analytical Chemistry |
| Ebersole | A | ACS | 2002 | Chemical Reviews |
| Eckmann | R | ACS | 2002 | Energy and Fuels |
| Eckmann | R | ACS | 2002 | I&EC Research |
| Ehmer | R | ACS | 2001 | Analytical Chemistry |
| Ehmer | R | ACS | 2001 | Journal of Chem and Eng Data |
| Ehmer | R | ACS | 2001 | Journal of Organic Chemistry |
| Ehmer | R | ACS | 2001 | Journal of Physical Chemistry |
| Ehmer | R | ACS | 2001 | Journal of the American Chemical Society |
| Ehmer | R | ACS | 2001 | Organometallics |
| Ehmer | R | ACS | 2002 | Analytical Chemistry |
| Ehmer | R | ACS | 2002 | Chemical Reviews |
| Ehmer | R | ACS | 2002 | Journal of Chem and Eng Data |
| Ehmer | R | ACS | 2002 | Journal of Organic Chemistry |
| Ehmer | R | ACS | 2002 | Journal of Physical Chemistry |
| Ehmer | R | ACS | 2002 | Journal of the American Chemical Society |
| Ehmer | R | ACS | 2002 | Organometallics |
| Eichorn | D | ACS | 2002 | Journal of Organic Chemistry |
| Einbinder | J | ACS | 2001 | Biochemistry |
| Einsenberg | S | ACS | 2002 | Analytical Chemistry |
| Einsenberg | S | ACS | 2002 | Chemical Reviews |
| Einsenberg | S | ACS | 2002 | Inorganic Chemistry |
| Einsenberg | S | ACS | 2002 | Journal of Organic Chemistry |
| Einsenberg | S | ACS | 2002 | Journal of Physical Chemistry |
| Einsenberg | S | ACS | 2002 | Journal of the American Chemical Society |
| Ekberg | K | ACS | 2001 | Inorganic Chemistry |
| Ekberg | K | ACS | 2001 | Journal of Physical Chemistry |
| Elefante | V | ACS | 2001 | Analytical Chemistry |
| Elite | R | ACS | 2001 | Analytical Chemistry |
| Elite | R | ACS | 2001 | Journal of Organic Chemistry |
| Erdman | M | Elsevier | 2002 | Journal of Macroeconomics |

| Erkel | J | ACS | 2001 | Chemistry of Materials |
|---|---|---|---|---|
| Erkel | J | ACS | 2001 | Journal of Physical Chemistry |
| Erkel | J | ACS | 2002 | Chemistry of Materials |
| Erkel | J | ACS | 2002 | Journal of Physical Chemistry |
| Erkel | J | ACS | 2002 | Journal of the American Chemical Society |
| Estevez | D | ACS | 2001 | Inorganic Chemistry |
| Estevez | D | ACS | 2001 | Journal of Organic Chemistry |
| Estevez | D | ACS | 2001 | Organometallics |
| Estevez | D | ACS | 2002 | Analytical Chemistry |
| Estevez | D | ACS | 2002 | Chemical Reviews |
| Estevez | D | ACS | 2002 | Inorganic Chemistry |
| Estevez | D | ACS | 2002 | Journal of Organic Chemistry |
| Estevez | D | ACS | 2002 | Journal of the America Chemical Society |
| Etheridge | K | ACS | 2002 | Inorganic Chemistry |
| Etzel | E | ACS | 2001 | ES&T |
| Etzel | E | ACS | 2001 | Journal of Organic Chemistry |
| Eugene | E | Elsevier | 2002 | American Journal of Medicine |
| Eugene | E | Elsevier | 2002 | American Journal of Surgery |
| Eugene | E | Elsevier | 2002 | Ophthalmology: Journal of the American Academy of Ophthalmology |
| Eugene | E | Elsevier | 2002 | Urology |
| Eugene | E | Elsevier | 2003 | American Journal of Ophthalmology |
| Evangelista | A | ACS | 2002 | Analytical Chemistry |
| Evangelista | A | ACS | 2002 | Biotechnology Progress |
| Evangelista | A | ACS | 2002 | Chemical Reviews |
| Evangelista | A | ACS | 2002 | Chemistry of Materials |
| Evangelista | A | ACS | 2002 | Energy & Fuels |
| Evangelista | A | ACS | 2002 | Journal of the American Chemical Society |
| Evensen | D | ACS | 2001 | Journal of the American Chemical Society |
| Evensen | D | ACS | 2002 | Inorganic Chemistry |
| Evensen | D | ACS | 2002 | Journal of Organic Chemistry |
| Evensen | D | ACS | 2002 | Journal of Physical Chemistry |
| Evensen | D | ACS | 2002 | Journal of the American Chemical Society |
| Eversley | G | ACS | 2001 | ES&T |
| Eversley | G | ACS | 2002 | ES&T |
| Fallow | R | ACS | 2002 | Analytical Chemistry |
| Fallow | R | ACS | 2002 | Energy & Fuels |
| Faraham | I | ACS | 2001 | Analytical Chemistry |
| Fedoroff | R | Elsevier | 2002 | Urology |
| Framingham | B | ACS | 2001 | Analytical Chemistry |
| Ganz | Edward | ACS | 2001 | Accounts of Chemical Research |
| Ganz | Edward | ACS | 2001 | Analytical Chemistry |
| Ganz | Edward | ACS | 2001 | Chemical Reviews |
| Ganz | Edward | ACS | 2001 | ES&T |

| Ganz | Edward | ACS | 2001 | Journal of Agri and Food Chemistry |
|---|---|---|---|---|
| Ganz | Edward | ACS | 2001 | Journal of Organic Chemistry |
| Ganz | Edward | ACS | 2001 | Journal of Physical Chemistry |
| Ganz | Edward | ACS | 2001 | Journal of the American Chemical Society |
| Ganz | Edward | ACS | 2002 | Accounts of Chemical Research |
| Ganz | Edward | ACS | 2002 | Analytical Chemistry |
| Ganz | Edward | ACS | 2002 | Chemical Reviews |
| Ganz | Edward | ACS | 2002 | ES&T |
| Ganz | Edward | ACS | 2002 | Journal of Agri and Food Chemistry |
| Ganz | Edward | ACS | 2002 | Journal of Organic Chemistry |
| Ganz | Edward | ACS | 2002 | Journal of Physical Chemistry |
| Ganz | Edward | ACS | 2002 | Journal of the American Chemical Society |
| Ganz | Edward | Elsevier | 2002 | Operative Techniques in Otolaryngology Head and Neck Surgery |
| Ganz | Edward | Elsevier | 2004 | Journal of the American College of Surgeons |
| Ganz | Edward | Elsevier | 2004 | Journal of Vascular Surgery |
| Ganz | Edward | Elsevier | 2004 | Surgery |
| Ganz | Edward | Elsevier | 2005 | American Heart Journal |
| Ganz | Edward | Elsevier | 2005 | Journal of the American Academy of Dermatology |
| Ganz | Edward | Elsevier | 2005 | Journal of Thoracic and Cardiovascular Surgery |
| Ganz | Edward | Elsevier | 2005 | Seminars in Oncology |
| Ganz | Edward | Elsevier | 2005 | Surgical Clinics of North America |
| Ganz | Edward | Informa | 2006 | Journal of Broadcasting & Electronic Media |
| Ganz | Mr | Elsevier | 2006 | Journal of Pediatrics |
| Ganz | Mr | Elsevier | 2006 | Otolaryngologic Clinics of North America |
| Ganz | Mr | Elsevier | 2006 | Pediatric Clinics of North America |
| Goldstein | Elena | Informa | 2005 | Journal of Economic Methodology |
| Goldstein | Elena | Wiley | 2005 | The Economic Journal |
| Goldstein | Elena | Wiley | 2006 | The Economic Journal |
| Goldstein | Elena | Elsevier | 2006 | Water Research |
| Goldstein | Elena | Wiley | 2007 | The Economic Journal |
| Goldstein | Elena | Wiley | 2007 | The Modern Law Review |
| Goldstein | Elena | Wiley | 2007 | The Rand Journal of Economics |
| Goldstein | Elena | Wiley | 2007 | The World Economy |
| Goldstein | Elena | Wiley | 2008 | Journal of Finance |
| Goldstein | Elena | Wiley | 2008 | The Modern Law Review |
| Goldstein | Elena | Wiley | 2008 | The World Economy |
| Goldstein | Elena | Elsevier | 2008 | Journal of Banking & Finance |
| Goldstein | Elena | Elsevier | 2008 | Journal of Development Economics |
| Goldstein | Elena | Elsevier | 2008 | Journal of Financial Economics |

| Goldstein | Lena | Informa | 2008 | Cambridge Review of International Affairs |
| Goldstein | Lena | Informa | 2008 | Global Society |
| Goldstein | Lena | Informa | 2008 | Journal of Human Development |
| Goldstein | Lena | Informa | 2008 | Strategic Analysis |
| Goldstein | MS | Elsevier | 2008 | Journal Of Banking & Finance |
| Goldstein | MS | Elsevier | 2008 | Journal Of Development Economics |
| Goldstein | MS | Elsevier | 2008 | Journal Of Financial Economics |
| Goldsteyn | Alexandr | Informa | 2009 | Intelligence & National Security |
| Goldsteyn | Alexandr | Informa | 2009 | International Journal of Bilingual Education and Bilingualism |
| Goldsteyn | Alexandr | Informa | 2009 | International Journal of Intelligence & Counterintelligence |
| Goldsteyn | Alexandr | Wiley | 2008 | The Modern Law Review |
| Goldsteyn | M | Elsevier | 2008 | Archives De Pediatrie |
| Goozner | Randi | Wiley | 2001 | International Journal of Quantum Chemistry |
| Goozner | Randi | Wiley | 2002 | International Journal of Chemical Kinetics |
| Goozner | Randi | Wiley | 2002 | International Journal of Quantum Chemistry |
| Goozner | Randi | Elsevier | 2002 | Journal of Mathematical Analysis and Applications |
| Goozner | Randi | Wiley | 2003 | International Journal of Chemical Kinetics |
| Goozner | Randi | Wiley | 2003 | Journal of Computational Chemistry |
| Goozner | Randi | Wiley | 2004 | International Journal of Intelligent Systems |
| Goozner | Sally | Wiley | 1998 | Cancer |
| Goozner | Sally | Wiley | 1999 | American Journal of Medical Genetics |
| Goozner | Sally | Wiley | 1999 | Cancer |
| Goozner | Sally | Wiley | 1999 | Developmental Dynamics |
| Goozner | Sally | Wiley | 1999 | Journal of Cellular Biochemistry |
| Goozner | Sally | Wiley | 1999 | Journal of Medical Virology |
| Goozner | Sally | Wiley | 2000 | American Journal of Medical Genetics |
| Goozner | Sally | Wiley | 2000 | Journal of Cellular Biochemistry |
| Goozner | Sally | Wiley | 2000 | The Prostate |
| Goozner | Sally | Wiley | 2001 | American Journal of Medical Genetics |
| Goozner | Sally | Wiley | 2001 | Biotechnology & Bioengineering |
| Goozner | Sally | Wiley | 2001 | Chirality |
| Goozner | SALLY | ACS | 2001 | Journal of Physical Chemistry |
| Goozner | Sally | Wiley | 2001 | The Prostate |
| Goozner | Sally | Elsevier | 2002 | Cell |
| Goozner | Sally | Wiley | 2002 | Chirality |
| Goozner | Sally | Elsevier | 2002 | Enzyme and Microbial Technology |
| Goozner | Sally | Elsevier | 2002 | Journal of Algebra |

| Goozner | Sally | Elsevier | 2002 | Journal of Differential Equations |
|---|---|---|---|---|
| Goozner | Sally | Elsevier | 2002 | Journal of Functional Analysis |
| Goozner | Sally | Elsevier | 2002 | Neuron |
| Goozner | Sally | Wiley | 2002 | The Prostate |
| Goozner | Sally | Elsevier | 2003 | Cell |
| Goozner | Sally | Wiley | 2003 | Chirality |
| Goozner | Sally | Elsevier | 2003 | Journal of Differential Equations |
| Goozner | Sally | Elsevier | 2003 | Journal of Functional Analysis |
| Goozner | Sally | Wiley | 2003 | Molecular Reproduction & Development |
| Goozner | Sally | Wiley | 2003 | The Prostate |
| Goozner | Sally | Elsevier | 2004 | Cell |
| Goozner | Sally | Wiley | 2004 | Chirality |
| Goozner | Sally | Elsevier | 2004 | Journal of Differential Equations |
| Goozner | Sally | Elsevier | 2004 | Journal of Functional Analysis |
| Goozner | Sally | Wiley | 2004 | The Prostate |
| Goozner | Sally | Elsevier | 2005 | Cell |
| Goozner | Sally | Wiley | 2005 | Chirality |
| Goozner | Sally | Elsevier | 2005 | Immunity |
| Goozner | Sally | Elsevier | 2005 | Journal of Differential Equations |
| Goozner | Sally | Elsevier | 2005 | Journal of Mathematical Analysis and Applications |
| Goozner | Sally | Elsevier | 2006 | Journal of Differential Equations |
| Goozner | Sally | Elsevier | 2006 | Journal of Mathematical Analysis and Applications |
| Goozner | Sally | Elsevier | 2006 | Neuron |
| Gross | Herbert | Elsevier | 2002 | International Review of Law and Economics |
| Habib | N | ACS | 2001 | Analytical Chemistry |
| Habib | N | ACS | 2001 | Biochemistry |
| Hayat | Jeffrey | Elsevier | 2002 | Journal of Computational Physics |
| Hayat | Jeffrey | Elsevier | 2002 | Journal of Solid State Chemistry |
| Hayat | Sarah | Wiley | 1999 | American Journal of Hematology |
| Hayat | Sarah | Wiley | 1999 | Journal of Robotic Systems |
| Hayat | Sarah | Wiley | 1999 | Journal of Surgical Oncology |
| Hayat | Sarah | Wiley | 2000 | Journal of Robotic Systems |
| Hayat | Sarah | Wiley | 2000 | Journal of Surgical Oncology |
| Hayat | Sarah | Elsevier | 2001 | Biological Psychiatry |
| Hayat | Sarah | Wiley | 2001 | Journal of Surgical Oncology |
| Hayat | Sarah | Elsevier | 2002 | Cell |
| Hayat | Sarah | Wiley | 2002 | Journal of Surgical Oncology |
| Hayat | Sarah | Elsevier | 2003 | Cell |
| Hayat | Sarah | Elsevier | 2003 | Journal of Clinical Epidemiology |
| Hayat | Sarah | Wiley | 2003 | Journal of Surgical Oncology |
| Hayat | Sarah | Wiley | 2003 | Neurourology and Urodynamics |
| Hayat | Sarah | Elsevier | 2004 | Cell |
| Hayat | Sarah | Wiley | 2004 | Journal of Surgical Oncology |
| Hayat | Sarah | Wiley | 2004 | Neurourology and Urodynamics |
| Hayat | Sarah | Elsevier | 2005 | Cell |

| Hayat | Sarah | Elsevier | 2005 | Journal of Clinical Epidemiology |
|---|---|---|---|---|
| Hayat | Sarah | Wiley | 2005 | Journal of Surgical Oncology |
| Hayat | Sarah | Wiley | 2005 | Pediatric Blood & Cancer |
| Hittelman | Robert | Informa | 2005 | Immunopharmacology and Immunotoxicology |
| Hittelman | Robert | Informa | 2005 | Renal Failure |
| Jackson | Roger | ACS | 2001 | Accounts of Chemical Research |
| Jackson | Roger | ACS | 2001 | Analytical Chemistry |
| Jackson | Roger | ACS | 2001 | Chemical Reviews |
| Jackson | Roger | ACS | 2001 | I&EC Research |
| Jackson | Roger | ACS | 2001 | Inorganic Chemistry |
| Jackson | Roger | ACS | 2001 | Journal of Natural Products |
| Jackson | Roger | Elsevier | 2002 | American Journal of Surgery |
| Jackson | Roger | ACS | 2002 | ES&T |
| Jackson | Roger | ACS | 2002 | Journal of the American Chemical Society |
| Jackson | Roger | Elsevier | 2003 | American Journal of Surgery |
| Jacobs | Arnold | ACS | 2002 | I&EC Research |
| Jacobs | Arnold | ACS | 2002 | Journal of Physical Chemistry |
| Jader | Alan | ACS | 2001 | Journal of Natural Products |
| Jader | Alan | ACS | 2001 | Journal of Organic Chemistry |
| Jader | Alan | ACS | 2001 | Journal of Physical Chemistry |
| Jader | Alan | ACS | 2001 | Journal of the American Chemical Society |
| Jader | Alan | Elsevier | 2002 | American Journal of Cardiology |
| Jader | Alan | Elsevier | 2002 | American Journal of Medicine |
| Jader | Alan | Elsevier | 2002 | American Journal of Ophthalmology |
| Jader | Alan | Elsevier | 2002 | American Journal of Surgery |
| Jader | Alan | ACS | 2002 | I&EC Research |
| Jader | Alan | ACS | 2002 | Inorganic Chemistry |
| Jader | Alan | ACS | 2002 | Journal of Natural Products |
| Jader | Alan | ACS | 2002 | Journal of Organic Chemistry |
| Jader | Alan | ACS | 2002 | Journal of Physical Chemistry |
| Jader | Alan | ACS | 2002 | Journal of the American Chemical Society |
| Jader | Alan | Elsevier | 2002 | Journal of the American College of Surgeons |
| Jader | Alan | Elsevier | 2002 | Ophthalmology: Journal of the American Academy of Ophthalmology |
| Johnson | Nathan | ACS | 2001 | Accounts of Chemical Research |
| Johnson | Nathan | ACS | 2001 | Analytical Chemistry |
| Johnson | Nathan | ACS | 2001 | Chemical Reviews |
| Johnson | Nathan | ACS | 2001 | Inorganic Chemistry |
| Johnson | Nathan | ACS | 2001 | Journal of Organic Chemistry |
| Johnson | Nathan | ACS | 2001 | Journal of Physical Chemistry |
| Johnson | Nathan | ACS | 2001 | Journal of the American Chemical Society |
| Jones | Thomas | ACS | 2001 | Journal of Physical Chemistry |
| Kendall | J | Wiley | 2007 | Performance Improvement Quarterly |

| Labattaglia | A | ACS | 2001 | I&EC Research |
| Labattaglia | A | ACS | 2001 | Journal of Medicinal Chemistry |
| Labattaglia | A | ACS | 2001 | Journal of Natural Products |
| Labattaglia | A | ACS | 2002 | I&EC Research |
| Labattaglia | A | ACS | 2002 | Journal of Medicinal Chemistry |
| Labattaglia | A | ACS | 2002 | Journal of Natural Products |
| Labattaglia | A | ACS | | ES&T |
| Lalor | A | Informa | 2006 | Basic and Applied Social Psychology |
| Lalor | A | Informa | 2006 | Human Performance |
| Lalvin | D | ACS | 2002 | ES&T |
| Lalvin | D | ACS | 2002 | Journal of Natural Products |
| Lambelli | T | ACS | | Analytical Chemistry |
| Lammat | A | Elsevier | 2002 | American Journal of Ophthalmology |
| Larm | C | Elsevier | 2002 | American Journal of Surgery |
| Larmdale | B | Elsevier | 2002 | American Journal of Surgery |
| Lashdan | P | Elsevier | 2002 | American Journal of Surgery |
| Lashdan | P | Elsevier | 2002 | Journal of Cataract & Refractive Surgery |
| Lasteen | T | Elsevier | 2002 | American Journal of Medicine |
| Learon | A | Elsevier | 2002 | American Journal of Medicine |
| Learon | A | Elsevier | 2002 | American Journal of Surgery |
| Learon | A | Elsevier | 2002 | Journal of the American College of Surgeons |
| Lee | T | ACS | 2001 | I&EC Research |
| Lee | T | ACS | 2001 | Inorganic Chemistry |
| Lee | T | ACS | 2001 | Journal of Medicinal Chemistry |
| Lee | T | ACS | 2001 | Journal of Natural Products |
| Lee | T | ACS | 2002 | Journal of Medicinal Chemistry |
| Lee | T | ACS | 2002 | Journal of Natural Products |
| Lelt | T | ACS | 2002 | Journal of Agri and Food Chemistry |
| Lemann | F | Elsevier | 2003 | Clinical Gastroenterology and Hepatology |
| Lemann | F | Elsevier | 2004 | Clinical Gastroenterology and Hepatology |
| Lennar | R | ACS | 2002 | ES&T |
| Lennar | R | ACS | 2002 | Journal of Agri and Food Chemistry |
| Lento | F | Informa | 2006 | Journal of Applied Animal Welfare Science |
| Lesenberg | G | Informa | 2006 | Research on Language & Social Interaction |
| Letterman | B | ACS | 2002 | Journal of the American Chemical Society |
| Liddison | N | Elsevier | 2002 | American Journal of Ophthalmology |
| Likspa | S | Elsevier | 2002 | Journal of Macroeconomics |
| Lisette | E | Elsevier | 2002 | Journal of the American College of Surgeons |
| Livander | D | Elsevier | 2005 | Journal of Cardiothoracic and Vascular Anesthesia |

| Livander | D | Elsevier | 2005 | Regional Anesthesia and Pain Medicine |
| Lobel | S | ACS | 2002 | Journal of Natural Products |
| Lodund | D | Elsevier | 2002 | American Journal of Ophthalmology |
| Lodund | D | Elsevier | 2002 | American Journal of Surgery |
| Lodund | D | Elsevier | 2002 | Urology |
| Loozner | R | Elsevier | 2002 | American Journal of Cardiology |
| Loozner | R | Elsevier | 2002 | American Journal of Medicine |
| Lorps | F | Informa | 2006 | Basic and Applied Social Psychology |
| Lorps | F | Informa | 2006 | Journal of the Learning Sciences |
| Lorps | F | Informa | 2006 | Multivariate Behavioral Research |
| Lorps | F | Informa | 2006 | Structural Equation Modeling: A Multidisciplinary Journal |
| Luxton | P | Elsevier | 2002 | American Journal of Cardiology |
| Nishco | J. | Wiley | 1999 | Cancer |
| Noyes | Ellen | ACS | 2001 | Journal of Agri and Food Chemistry |
| Noyes | Ellen | ACS | 2002 | Journal of Agri and Food Chemistry |
| Perrine | Donald | Informa | 2004 | Communications in Algebra |
| Perrine | Donald | Informa | 2005 | Journal of Mathematical Sociology |
| Perrine | Donald | Informa | 2005 | The European Journal of Finance |
| Perrine | Donald | Wiley | 2004 | Strategic Management Journal |
| Perrine | William | Wiley | 2004 | Journal of Clinical Ultrasound |
| Perrine | William | Wiley | 2004 | Muscle and Nerve |
| Perrine | William | Wiley | 2004 | Research in Nursing & Health |
| Perrine | William | Wiley | 2004 | Zoo Biology |
| Perrine | William | Wiley | 2005 | Journal of Clinical Ultrasound |
| Perrine | William | Wiley | 2005 | Muscle and Nerve |
| Perrine | William | Wiley | 2005 | Research in Nursing & Health |
| Pessina | Barbara | Elsevier | 2008 | Cell |
| Pessina | Barbara | Elsevier | 2009 | Biophysical Journal |
| Randi | Susan | Informa | 2007 | Journal of Public Relations Research |
| Randi | Susan | Informa | 2007 | Multivariate Behavioral Research |
| Rooney | Greg | Informa | 2005 | International Journal of Food Properties |
| Rooney | Greg | Informa | 2005 | Review: Literature & Arts of the Americas |
| Rooney | Greg | Informa | 2006 | International Journal of Food Properties |
| Rooney | Greg | Informa | 2007 | International Journal of Food Properties |
| Sherman | Inna | Wiley | 2008 | Architectural Design |
| Sherman | Inna | Informa | 2008 | Discourse Processes |
| Sherman | Inna | Elsevier | 2008 | Journal of Comparative Economics |
| Sherman | Inna | Elsevier | 2009 | Journal Of Comparative Economics |
| Sherman | Leonid | Elsevier | 2008 | Intelligence |
| Sherman | Leonid | Elsevier | 2008 | International Journal Of Intercultural Relations |
| Sherman | Leonid | Elsevier | 2008 | Language Sciences |

| Sherman | Leonid | Elsevier | 2008 | System |
| Sherman | Leonid | Elsevier | 2008 | Intelligence |
| Sherman | Leonid | Elsevier | 2008 | Journal of Experimental Social Psychology |
| Sherman | Leonid | Elsevier | 2008 | International Journal of Intercultural Relations |
| Sherman | Leonid | Elsevier | 2008 | Journal of Phonetics |
| Sherman | Leonid | Elsevier | 2008 | Language Sciences |
| Sherman | Leonid | Elsevier | 2008 | System |
| Sherman | Leonid | Wiley | 2008 | Language Learning |
| Sherman | Leonid | Wiley | 2008 | Modern Language Journal |
| Shvartz | Eugenia | Wiley | 2007 | International Economic Review |
| Shvartz | Eugenia | Wiley | 2007 | The Economic Journal |
| Shvartz | Eugenia | Wiley | 2008 | International Economic Review |
| Shvartz | Eugenia | Wiley | 2008 | The Economic Journal |
| Shvartz | Eugenia | Wiley | 2007 | International Economic Review |
| Shvartz | Eugenia | Wiley | 2007 | The Economic Journal |
| Shvartz | Eugenia | Wiley | 2008 | International Economic Review |
| Shvartz | Eugenia | Wiley | 2008 | The Economic Journal |
| Sweeney | Edna | Wiley | 2004 | Biometrical Journal |
| Tamarkin | H | ACS | 2001 | Biochemistry |
| Tamarkin | H | Elsevier | 2007 | Journal of Pediatrics |
| Tamarkin | H | Elsevier | 2008 | Journal of Pediatrics |
| Tamborelli | R | ACS | 2002 | Accounts of Chemical Research |
| Tamborelli | R | ACS | 2002 | Analytical Chemistry |
| Tamborelli | R | ACS | 2002 | Biochemistry |
| Tamborelli | R | ACS | 2002 | Chemical Research in Toxicology |
| Tamborelli | R | ACS | 2002 | Chemical Reviews |
| Tamborelli | R | ACS | 2002 | Chemistry of Materials |
| Tamborelli | R | ACS | 2002 | Inorganic Chemistry |
| Tamborelli | R | ACS | 2002 | Journal of Agri and Food Chemistry |
| Tamborelli | R | ACS | 2002 | Journal of Medicinal Chemistry |
| Tamborelli | R | ACS | 2002 | Journal of Organic Chemistry |
| Tamborelli | R | ACS | 2002 | Journal of Physical Chemistry |
| Tamborelli | R | ACS | 2002 | Macromolecules |
| Tankell | S | ACS | 2001 | Journal of Natural Products |
| Tankell | S | ACS | 2002 | Journal of Natural Products |
| Tate | F | ACS | 2001 | Accounts of Chemical Research |
| Truitt | P | ACB | 2001 | Journal of Agri and Food Chemistry |
| Truitt | P | ACS | 2002 | Journal of Agri and Food Chemistry |
| Tyrrell | G | ACS | 2001 | I&EC Research |
| Tyrrell | G | ACS | 2001 | Journal of Chem and Eng Data |
| Tyrrell | G | ACS | 2002 | I&EC Research |
| Tyrrell | G | ACS | 2002 | Journal of Chem and Eng Data |
| Vagodny | Seva | Elsevier | 2008 | Contemporary Educational Psychology |
| Waxenakis | P | Informa | 2007 | Information Systems Security |
| Wolfs | P | Informa | 2007 | Journal of Organizational Computing and Electronic Commerce |
| Worrell | M | Informa | 2007 | Journal of Community Health Nursing |