UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ELSEVIER INC., BLACKWELL PUBLISHING LTD.,
WILEY PERIODICALS, INC., WILEY-LISS, INC.
INFORMA UK LTD., INFORMA USA, INC., AND        Case No. 09 CIV 6512 (CM) (GWG)
AMERICAN CHEMICAL SOCIETY

                              Plaintiffs,                   **NOTICE OF MOTION**

      -against-

W.H.P.R., INC., RICHARD B. HAYAT, RANDI HAYAT,
EDUCO PERIODICALS CO., INC., BARBARA PESSINA,
RUSSELL PESSINA, PATRICIA ANSPACH, THOMAS
ANSPACH, KLAVDIYA A. LOKSHINA AND JOHN
DOE NOS. 1-50,

                              Defendants.
----------------------------------------------------------------------X

       PLEASE TAKE NOTICE that, upon the annexed Declaration of Michael S. Re dated September 25, 2009, and all exhibits annexed thereto, the accompanying Memorandum of Law in Support of Defendants W.H.P.R., Inc., Richard B. Hayat and Randi Hayat's Motion to Dismiss, dated September 25, 2009, and all other papers and proceedings in this matter, W.H.P.R., Inc., Richard B. Hayat and Randi Hayat, by their undersigned attorney, will move this Court, before the Honorable Colleen McMahon, U.S.D.J., at the United States Courthouse, Room 14C, 500 Pearl Street, New York, New York for an Order, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, granting W.H.P.R., Inc., Richard B. Hayat and

Randi Hayat's Motion to Dismiss in its entirety with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated: Garden City, New York
      September 25, 2009

                        MORITT HOCK HAMROFF & HOROWITZ LLP
                        Attorneys for Defendants W.H.P.R., Inc., Richard
                        B. Hayat and Randi Hayat

By: _____
                        Michael S. Re, Esq.
                        Stephen J. Ginsberg, Esq.
400 Garden City Plaza
Garden City, New York  11530
Phone:  (516) 873-2000