UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ELSEVIER INC., BLACKWELL PUBLISHING, LTD., :
WILEY PERIODICALS, INC., WILEY-LISS, INC., :
INFORMA UK LTD., INFORMA USA, INC. and : No. 09 Civ. 6512
AMERICAN CHEMICAL SOCIETY, : (ECF)
 :
                Plaintiffs, : **NOTICE OF**
   -against- : **MOTION**
 :
W.H.P.R., INC., RICHARD B. HAYAT, RANDI :
HAYAT, EDUCO PERIODICALS CO., INC., :
BARBARA PESSINA, RUSSELL PESSINA, PATRICIA :
ANSPACH, THOMAS ANSPACH, KLAVDIYA A. :
LOKSHINA and JOHN DOE NOS. 1-50, :
 :
                Defendants. :
-----------------------------------------------------------------------X

**NOTICE OF MOTION TO DISMISS COMPLAINT AGAINST DEFENDANT
KLAVDIYA A. LOKSHINA**

PLEASE TAKE NOTICE that, upon the attached Memorandum of Law and all prior pleadings and proceedings had herein, Defendant Klavdiya A. Lokshina will move this Court, before the Honorable Colleen McMahon, in Courtroom 14A of the United States Courthouse located at 500 Pearl Street, New York, New York 10007, at a time and date to be determined by the Court, for an order dismissing all claims against her in this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       October 7, 2009

Respectfully submitted,

By: /s/ Michael C. Rakower

Michael C. Rakower (MR-2914)
David E. Miller (DM-7179)
LAW OFFICE OF MICHAEL C. RAKOWER, P.C.
747 Third Avenue, 32nd Floor
New York, NY 10017
(212) 650-5550
(212) 660-5551 (fax)
mrakower@rakowerlaw.com
dmiller@rakowerlaw.com

*Attorneys for Defendant Klavdiya A. Lokshina*


*TO: Counsel listed below (via ECF)*

William Dunnegan, Esq.
Laura Scileppi, Esq.
DUNNEGAN LLC
350 Fifth Avenue, Suite 4908
New York, NY 10118
(212) 332-8303
(212) 332-8301 (fax)
wd@dunnegan.com
ls@dunnegan.com

*Attorneys for Plaintiffs*


Terence Gallagher, Esq.
JONES GARNEAU, LLP
666 Summer Street
Stamford, CT 06901
(203) 965-7700
(203) 324-9621 (fax)
tgallagher@jonesgarneau.com

*Attorneys for Defendants Educo Periodicals Co., Inc.,
Barbara Pessina, Russell Pessina, Patricia Anspach
and Thomas Anspach*

Michael S. Re, Esq.
MORITT HOCK HAMROFF & HOROWITZ, LLP
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000
(516) 873-2010 (fax)
mre@moritthock.com

*Attorneys for Defendants W.H.P.R., Inc.,
Richard B. Hayat and Randi Hayat*