UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Elsevier Inc.

             Plaintiff(s),                          09 Civ. 6512 (CM)

        -against-                                ORDER

W.H.P.R., Inc.

             Defendant(s),

------------------------------------------------------------x

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/9/09

      It having been reported to this Court that the above entitled action has been settled,

IT IS ORDERED that the action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty (30) days of the date of this order, either party may apply by letter for restoration of the action to the calendar of the undersigned. Any such application must be made before the thirty (30) days have expired, or it will be denied. Any such application timely made will be granted.

The Clerk is directed to terminate motions at docket numbers 30, 36 and 40.

                                                        */s/ Colleen McMahon*

                                              **Colleen McMahon, U.S.D.J.**

Dated: New York, New York
         November 9, 2009