UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

ELSEVIER INC., BLACKWELL
PUBLISHING, LTD., WILEY
PERIODICALS, INC., WILEY-LISS,
INC., INFORMA UK LTD., INFORMA
USA, INC., AND AMERICAN
CHEMICAL SOCIETY,

              Plaintiffs,

    -against-                    09 Civ. 6512 (CM)

PATRICIA ANSPACH, THOMAS ANSPACH,
KLAVDIYA A. LOKSHINA AND JOHN
DOE NOS. 1-50,

              Defendants.

- - - - - - - - - - - - - - - - - -x

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs Elsevier Inc., Blackwell Publishing, Ltd., Wiley Periodicals, Inc., Wiley-Liss, Inc., Informa UK Ltd., Informa USA, Inc., and American Chemical Society hereby dismiss their claims against defendant Klavdiya A. Lokshina in

the above action without prejudice and without costs.

Dated: New York, New York
      March 25, 2010

                                  DUNNEGAN LLC

                                By *William Dunnegan* (signature)
                                  William Dunnegan (WD9316)
                                  wd@dunnegan.com
                                  Laura Scileppi (0112)
                                  ls@dunnegan.com
                                  Attorneys for Plaintiffs
                                  350 Fifth Avenue
                                  New York, New York 10118
                                  (212) 332-8300

To:   Michael C. Rakower
      Law Office of Michael C. Rakower
      Attorneys for Defendant
        Klavdiya A. Lokshina
      747 Third Avenue
      32nd Floor
      New York, New York 10017